UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

EMMANUEL JOSEPH

           CASE NO.:

    Plaintiff,

vs.

ATLANTIC & PACIFIC
ASSOCIATION MANAGEMENT, INC.

    Defendant.

_____/

# COMPLAINT

Plaintiff Emmanuel Joseph ("Mr. Joseph") sues Defendant Atlantic & Pacific Association Management, Inc. ("A&P") and alleges:

## JURISDICTIONAL AND VENUE ALLEGATIONS

1. Plaintiff Mr. Joseph is an individual who resides in Miami-Dade County, Florida, is *sui juris*, and above the age of 18.

2. Defendant A&P is a Florida corporation with its main office in Boca Raton, FL and its mailing address in Bay Harbor Islands, FL. Defendant A&P does business in Miami-Dade County, Florida, within this District. A&P employs thousands of employees. A&P's acts and omissions underlying Mr. Joseph' claims herein occurred in Miami-Dade County, Florida, within this district.

3. This action arises out of Title VII of the Civil Rights Act, 42 U.S.C. §2000(e) et seq., such that this court has federal question jurisdiction over this action under 28 U.S.C. §1331.

**FACTUAL ALLEGATIONS COMMON TO ALL COUNTS**

4. Mr. Joseph is African-American and black.

5. For more than 8 years, until his termination in or around July 2018, Mr. Joseph was employed by A&P to work at the Waverly at South Beach, a condominium (the "Waverly"), whose address is 1330 West Avenue, Miami Beach, FL 33139. Mr. Joseph worked at the front desk at the Waverly.

6. Mr. Joseph was highly successful in his job, and enjoyed working for A&P at the Waverly, until March or April of 2018, when A&P hired a new property manager for the Waverly named Gina Slatcoff Chevannes ("Ms. Chevannes"). Ms. Chevannes had direct managerial and supervisory authority over Mr. Joseph and others, and had the power and authority to fire A&P employees who worked at The Waverly, including Mr. Joseph.

7. Ms. Chevannes repeatedly and consistently harassed, mistreated and abused A&P's African-American and dark-skinned employees at the Waverly, including Mr. Joseph. Ms. Chevannes' abuse and mistreatment, described below, was not similarly directed toward A&P's light-skinned and/or white employees. Ms. Chevannes' abusive behavior, specifically directed toward African-American and dark-skinned employees, including Mr. Joseph, was unwelcome, was based on their race and/or skin color, and included repeatedly speaking in a harsh, disrespectful and dismissive tone, assigning unnecessary, time-consuming and repetitive tasks, snapping her fingers at them and banging her hands on their desks, ridicule, criticizing appearance and/or attire, treating Mr. Joseph as though he could do nothing right, and using the "N" word. In addition, during her brief tenure at the Waverly, Ms. Chevannes specifically targeted for termination and either terminated, or caused to resign, numerous African-American and/or dark-skinned employees; Ms. Chevannes did not similarly target for termination white

and light-skinned employees.  Ms. Chevannes' abuse, directed specifically toward the African-American and dark-skinned employees, created an atmosphere of terror and dread, and a hostile working environment, that was so pervasive so as to materially alter the terms of Mr. Joseph's employment with A&P.

8. Mr. Joseph reported Ms. Chevannes' abusive misconduct to his supervisor, Samuel Higgs, who in turn reported Ms. Chevannes' abusive misconduct to A&P repeatedly, both orally and in writing.  Mr. Higgs reported Ms. Chevannes' abusive misconduct both to A&P's Human Resources Department and to A&P's management.

9. A&P failed to take reasonable steps to investigate, prevent, correct, or address Ms. Chevannes' abusive and discriminatory misconduct during the time in which Mr. Joseph was employed by A&P.  To the contrary, A&P's response to reports of Ms. Chevannes' abuse included stating that A&P stood by its managers.

10. In or around July 2018, Ms. Chevannes terminated Mr. Joseph from his position at the Waverly with A&P, for the stated reason that he was sleeping at his desk while on the job. Mr. Joseph was not sleeping at his desk while on the job, nor had he ever been previously accused of sleeping while on the job during his more than 8 year tenure with A&P.  Ms. Chevannes wrongfully terminated Mr. Joseph based upon her animus toward African-Americans and dark-skinned employees.

11. Mr. Joseph has retained undersigned counsel and is obligated to pay undersigned counsel a reasonable fee for their services.

12. As a direct and proximate result of Ms. Chevannes' abuse and misconduct, and A&P's failure to investigate, prevent, correct and address Ms. Chevannes' abuse and misconduct, Mr. Joseph suffered: emotional distress, anxiety, a loss of back pay, loss of front

pay, and other damages. Mr. Joseph also seeks an award of punitive damages against A&P for Ms. Chevannes' intentional misconduct as alleged herein, and A&P's knowing failure to investigate, prevent, correct and address it.

13. All conditions precedent have been performed or have occurred.

14. On April 29, 2019, Mr. Joseph, through undersigned counsel, delivered via FedEx and facsimile a charge letter setting forth the facts that form the basis for the claims herein to the Equal Employment Opportunity Commission ("EEOC"). A genuine copy of Mr. Joseph's charge letter and proof of delivery is attached as "Ex. A" and incorporated herein; the charge letter was later placed on Form 5 and delivered to the EEOC on July 10, 2020, a copy of which is attached as "Ex. B". The EEOC issued a right to sue letter for Mr. Joseph's claims against A&P on May 15, 2020, a genuine copy of which is attached as "Ex. C".

## COUNT I – HOSTILE WORK ENVIRONMENT UNDER TITLE VII

15. Mr. Joseph incorporates the allegations in paragraphs 1 through 14 as if fully set forth herein.

16. This is an action for hostile work environment under Title VII of the Civil Rights Act of 1964.

17. Mr. Joseph is African-American and black.

18. Mr. Joseph was subjected, while working for A&P, to unwelcome harassment and abuse by his direct supervisor Ms. Chevannes, as alleged in detail above. The unwelcome harassment and abuse was based on Mr. Joseph's race and skin color. Ms. Chevannes also targeted and subjected numerous other African-American and dark-skinned A&P employees to harassment and abuse based upon their race and skin color, which harassment and abuse created an atmosphere of anxiety, dread and terror that directly, deeply and adversely affected Mr.

Joseph. A&P employees at the Waverly who were not African-American and/or dark-skinned were treated substantially better by Ms. Chevannes, and were generally not subjected to her harassment and abuse.

19. The harassment and abuse was sufficiently severe and pervasive so as to materially alter the terms of Mr. Joseph's employment with A&P and create an abusive and hostile working environment.

20. A&P failed to reasonably investigate, prevent, address and correct the harassment and abuse, even after having been informed of the harassment and abuse, knowingly electing to stand by Ms. Chevannes to the detriment of A&P's dark-skinned and African-American employees, including Mr. Joseph.

21. As a direct and proximate result of Ms. Chevannes' harassment and abuse, and A&P's knowing and intentional failure to reasonably investigate, prevent, address and correct the harassment and abuse, Mr. Joseph suffered damages, including but not limited to lost back pay, lost front pay, emotional distress, and loss of ability to obtain another job that pays as much as he was earning at A&P. Mr. Joseph also seeks and is entitled to recover punitive damages against A&P.

22. Mr. Joseph has retained undersigned counsel and is obligated to pay undersigned counsel a reasonable fee for their services. Mr. Joseph is entitled to recover from A&P his reasonable attorney's fees and costs under Title VIII.

WHEREFORE, Plaintiff Emmanuel Joseph, demands judgment for compensatory damages, punitive damages, and reasonable attorneys' fees and costs against Defendant Atlantic & Pacific Association Management, Inc., and other relief the Court deems appropriate.

### COUNT II – WRONGFUL TERMINATION UNDER TITLE VII

23. Mr. Joseph incorporates the allegations in paragraphs 1 through 14 as if fully set forth herein.

25. This is an action for wrongful termination under Title VII of the Civil Rights Act of 1964.

26. Mr. Joseph is African-American and black.

27. Mr. Joseph was subjected, while working for A&P, to unwelcome harassment and abuse by his direct supervisor Ms. Chevannes, as alleged in detail above.  The unwelcome harassment and abuse was based on Mr. Joseph's race and skin color.  Ms. Chevannes also targeted and subjected numerous other African-American and dark-skinned A&P employees to harassment and abuse based upon their race and skin color, which harassment and abuse created an atmosphere of anxiety, dread and terror that directly and adversely affected Mr. Joseph.  Ms. Chevannes also targeted for termination, and either terminated or forced to resign, numerous African-American and dark-skinned employees at the Waverly.  A&P employees at the Waverly who were not African-American and/or dark-skinned were not targeted for termination and were treated substantially better by Ms. Chevannes, and were generally not subjected to her harassment and abuse.

28. Mr. Joseph was wrongfully terminated by A&P in July 2018 after being targeted for termination by Ms. Chevannes based upon her animus toward African-American and dark-skinned employees, although the stated and inaccurate reason for Mr. Joseph's termination is that he was purportedly sleeping on the job.

29. A&P failed to reasonably investigate, prevent, address and correct Ms. Chevannes' harassment and abuse and Mr. Joseph's wrongful termination, even after having

been informed of Ms. Chevannes' harassment and abuse, knowingly electing to stand by Ms. Chevannes to the detriment of A&P's dark-skinned and African-American employees, including Mr. Joseph.

30.     As a direct and proximate result of his wrongful termination, Mr. Joseph suffered damages, including but not limited to lost back pay, lost front pay, emotional distress, and loss of ability to obtain another job that pays as much as he was earning at A&P.  Mr. Joseph also seeks and is entitled to recover punitive damages against A&P.

WHEREFORE, Plaintiff Emmanuel Joseph, demands judgment for compensatory damages, punitive damages, and reasonable attorneys' fees and costs against Defendant Atlantic & Pacific Association Management, Inc., and other relief the Court deems appropriate.

### DEMAND FOR JURY TRIAL

Plaintiff Emmanuel Joseph demands a trial by jury of all issues so triable.

Dated:  June 5, 2020

        Respectfully submitted,

        LAPIN & LEICHTLING, LLP
        *Attorneys for Plaintiff*
        255 Alhambra Circle, Suite 600
        Coral Gables, Florida 33134
        Telephone No.:  (305) 569-4100
        Facsimile No.:   (305) 569-0000


By:  /s/ Jonathan Rosenn
      JONATHAN R. ROSENN
      Florida Bar No.: 101346